IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03040-LTB-KLM

RONALD SCATURRO,

    Plaintiff,

v.

OLD DOMINION FREIGHT LINE, INC., a North Carolina corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [Docket No. 25; Filed September 9, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on April 5, 2011 [Docket No. 13] and amended on July 29, 2011 [Docket No. 18] is further modified to extend the following deadlines:

| | |
|---|---|
| • Discovery Deadline | **November 4, 2011** |
| • Dispositive Motions Deadline | **December 5, 2011** |

    IT IS FURTHER **ORDERED** that the Settlement Conference set for November 2, 2011 at 1:30 p.m. is **VACATED** and **RESET** to **January 11, 2012 at 1:30 p.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that each party shall submit a Confidential Settlement Statement no later than **January 6, 2012**. Parties participating in the District of Colorado ECF system shall submit their Confidential Settlement Statement in PDF format via email to Mix_Chambers@cod.uscourts.gov. Parties not participating in ECF shall submit their Confidential Settlement Statement as a hard copy by delivering it to the Clerk of the Court or by mailing it directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Order of Magistrate Judge Mix."

Dated: September 13, 2011