IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03040-LTB-KLM

RONALD SCATURRO,

   Plaintiff,

v.

OLD DOMINION FREIGHT LINE, INC., a North Carolina corporation,

   Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on the parties' **Second Joint Motion to Modify Scheduling Order to Extend Discovery Cut-off** [Docket No. 29; Filed October 6, 2011] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on April 5, 2011 [Docket No. 13], as amended on July 29, 2011 [Docket No. 18] and September 13, 2011 [Docket No. 27], is further modified to extend the following deadline:

   • Discovery Deadline                                            **November 21, 2011**

   Dated:  October 11, 2011