IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03040-LTB-KLM

RONALD SCATURRO,

    Plaintiff,

v.

OLD DOMINION FREIGHT LINE, INC., a North Carolina corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion for Protective Order** [Docket No. 36; filed November 22, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed Protective Order is accepted with interlineations and entered contemporaneously with this Minute Order.

    Dated: November 28, 2011