IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 10-cv-03040-LTB-KLM

RONALD SCATURRO,

      Plaintiff,

v.

OLD DOMINION FREIGHT LINE, INC., a North Carolina corporation,

      Defendant.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 41 - filed March 7, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED:   March 8, 2012